**Order filed November 12, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00089-CR

_____

## THE STATE OF TEXAS, Appellant

## V.

## JERRY LYNN WILLIAMS, Appellee

**On Appeal from the 106th District Court**

**Dawson County, Texas**

**Trial Court Cause No. 13-7261**

### O R D E R

This appeal has been unduly stalled due to the failure of Appellee's retained counsel, Russell I. Gunter, II, to file an appellate brief. The brief was originally due on August 7, 2015. A motion for extension of time to file brief was granted on August 13, 2015, extending the due date until September 8, 2015. On September 15, 2015, the court on its own motion granted an extension until September 25, 2015.

However, no brief was filed on or before that date. The Clerk of the Court has contacted Mr. Gunter's office numerous times to inquire about the late brief. On November 3, 2015, he informed her that he "thought he had already filed it." As of this date, no Appellee's brief has been filed.

By this order, Russell I. Gunter, II is ORDERED to file in this court a brief on behalf of Appellee on or before **5:00 p.m. on Thursday, November 19, 2015**. At that time, Appellee's brief shall be electronically filed in the portal for the Eleventh Court of Appeals through www.efiletexas.gov. If Appellee's brief has not been received by this Court by **5:00 p.m. on Thursday, November 19, 2015**, this case will be submitted on Appellant's (State's) brief alone.

PER CURIAM

November 12, 2015

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.